Cause No. 698837-C    76,145-03

12/21/14

THE COURT OF CRIMINAL APPEALS
201 W. 14TH ST. ROOM 106. 78701
P.O. BOX 12308 AUSTIN, TEXAS, 78711-2308

VALENTINE FACUNDO         §      IN THE 177TH DISTRICT
    VS.                   §      COURT
THE STATE OF TEXAS        §      OF HARRIS COUNTY, TEXAS

RE: REQUESTING STATUS OF APPLICANTS'
WRIT OF HABEAS CORPUS 11.07 AND MEMORANDUM
IN SUPPORT OF HIS APPLICATION. WHICH WAS
RECEIVED AND WAS PLACED IN COURT DOCKET
ON NOV 27, 20013.

COULD YOU PLEASE PUT ME ON NOTICE OF THE
RECEIVED PETITION.

YOUR TIME IN THIS MATTER IS GREATLY APPRECIATED

RESPECTFULLY SUBMITTED

Valentine Facundo

VALENTINE FACUNDO 740730
KINNEY COUNTY DETENTION CENTER
1501 RANCH ROAD 131
P.O. BOX 325
BRACKETTVILLE, TEXAS, 78832

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk